# EXHIBIT A

From: Charles Ashenoff <kdoggashenoff@yahoo.com>
To: terry taylor <terrytaylor812@yahoo.com>
Sent: Monday, July 30, 2007 6:56:38 AM
Subject: Re: email addresses

Terry, it was great talking to u tonight. I hate when u and me have to argue over jeff and dixies mess, i consider u a friend. I talked it over with stacey and thought about it and to tell u the truth i really dont feel like extending an olive branch first. I really dont want to come back, i would only do it for the money and the ONLY reason i bought it up is because vince russo told me if there was anyway to fix this and u know how much i like vince.

I left mad and whether u agree with me or not there is no reason for me to ask to work things out i think it should be the other way around but i am sure they have to much pride or are to angry to do so. I would work things out if i am called, if not i dont want to be the first to make a move because i quit and i stand by my decision unless i see an effort from TNA.

So lets make this simple all i want is my release and please take the money u claimed u loaned me for health reasons out of the funds i'm still awaiting for the 6 months of announcing that ive yet to see the agreed upon payment. Now remember this was back in nashville when we taped every week. I have video of most of the shows and can get all if need be, also my paycheck never reflected in increase in pay during those 6 months.

Those two thing by thursday, please if not just like u said i gotta do what i gotta do, this will be public, it will be messy and we will to through protracted litigation but i guarantee you, i have a very, very good case against TNA. Thank you agian terry for your time and honesty and for letting me vent, i wish others in the company had the time to listen to the talent, only you with the thankless job, i have nothing but the upmost respect for you, Thats real, carlos

So there is no leverage on my part lets just part ways amaciably, if u choose to work with me i can discuss that but i wont make the first move that would be as far as i see an admission of guilt of which as u know i feel am not. rts mririw


dfnina daw , i gns t waodlovnlaki hyy, it

**REDACTED**

From: Charles Ashenoff <kdoggashenoff@yahoo.com>
To: dixie carter <dcarter@trifecta-ent.com>
Cc: steve campbell <scampbell@pandaethanol.com>; jeff jarrett <jj4jarrett@aol.com>; terry taylor <terrytaylor812@yahoo.com>

Sent: Thursday, August 2, 2007 2:20:24 AM
Subject: Agreement

Let me start off by saying that not only did my hip problem exacerbate to the point where I needed a hip replacement, but to get through pain, I became hooked on pain pills which caused me to have end-stage renal failure. You promised me you will help pay for both surgeries and you didnt. I will now be on anti-rejection medication for the rest of my life, which these are known to have very serious side effects.

For two years you did not give me a raise, even though we were the hottest act in the company. You lowballed me on the Spanish voiceovers and fanfest, knowing full well how much I was spending weekly on dialysis, not to mention the six months of Spanish announcing I was never paid for and I was not contractually obligated to do.

Let me remind you I will be on Real Sports (which will be on 6 times a week, for one month), and for twelve minutes, the only topic of discussion will be TNA and how its run. You had the audacity to say I was burying the company before, you havent seen anything yet.

I will be filling a $500,000 racial discrimination lawsuit against TNA.

I will make my lawsuit and allegations public, on the internet and all pertinent wrestling periodicals.

Here are the three things that I want.

1. My full unconditional release. This is really not that big of a deal because the brunt of my work will be in Mexico. I just want to be able to work Indy dates without you trying to intimidate the local promoters.

2. Forget about the hip surgery loan. This is not that big of a deal either because as it stands, I owe you sixteen thousand dollars. But if you calculate the six months I did Spanish announcing in Nashville, which was when we taped every week. Five hundred dollars a week, equalls two thousand dollars a month, times six months equalls twelve thousand dollars. So the difference between the sixteen thousand dollars I owe you, and the twelve thousand you owe me is four thousand dollars.

3. Heres the deal breaker. I want for all the mental, physical and racial torment you put me through I want $300,000. If you do not agree with this, I will see you in court and you will hear me and the media.

If you agree to the $300,000 payment, I will push back the real sports taping which is scheduled for Thursday night at 8pm, to Friday night at 8pm. That will give you one day to draft a letter and federal express it to me early Friday morning. It should be notarized and a one hundred thousand dollar check made out to my name. Then you can pay me $100,000 in September, and then $100,000 in October. This should be legal and binding.

Since the check of this size roughly takes ten days to clear, and will take fifteen days for them to edit the HBO Real Sports show, just in case you cancel the check after you send it, I have spoken with the producer and he will include the commentary of TNA and how it is run. But if the check clears in good faith, that commentary will not make the air.

You are actually getting off pretty easy because my initial claim is for $500,000. But this will save us having to go through protracted litigation.

Now for my part, I will sign any document where I promise not to speak out against TNA (gag order),

and will not bring forth any suits against TNA, or Panda energy. I also promise not to speak publicly about any out of court settlement.

If this is agreeable to you, please send the $100,000 check and above reference documentation before 5pm Friday (PST), and I will abide by my part in good faith.

If you do not agree to this, I will see you in the tribunials, and possibly in front of congress.

My offer is non negiotiable.

Sincerely


Charles Ashenoff
Independant Contractor

---

Pinpoint customers who are looking for what you sell.