**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **TNA Entertainment, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Charles "Carlos" Ashenoff,** | ) | |
| | ) | |
| **Defendant,** | ) | **CIVIL ACTION NO.: 808CV-522-B** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Jeffrey L. Jarrett, Dixie Carter, Paul W. Taylor III (p/k/a Terry Taylor), and Wayne Keown (p/k/a Dutch Mantel),** | ) ) ) ) | |
| **Third-Party Defendants** | ) | |

## ORDER DENYING MOTION TO DISMISS

After considering Defendant's Motion to Dismiss [Dkt. #10] ("Defendant's Motion") and all responsive briefing on file, it is hereby ordered that Defendant's Motion is DENIED.

SIGNED this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE