**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **TNA Entertainment, LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **Charles "Carlos" Ashenoff,** | § | |
| | § | |
| **Defendant,** | § | **CIVIL ACTION NO.: 3:08-cv-522-B** |
| | § | |
| **v.** | § | |
| | § | |
| **Jeffrey L. Jarrett, Dixie Carter, Paul W.** | § | |
| **Taylor III (p/k/a Terry Taylor), and** | § | |
| **Wayne Keown (p/k/a Dutch Mantel),** | § | |
| | § | |
| **Third-Party Defendants** | § | |

<u>**PLAINTIFF TNA ENTERTAINMENT, LLC'S OPPOSED MOTION TO COMPEL
DISCOVERY RESPONSES FROM DEFENDANT CHARLES "CARLOS" ASHENOFF**</u>

Plaintiff TNA Entertainment, LLC ("TNA" or "Plaintiff") respectfully files this Opposed

Motion to Compel the Production of Discovery Responses pursuant to Rule 37 of the Federal

Rules of Civil Procedure and Local Rule 7.1.  In support of this motion, Plaintiff relies on the

attached Brief in Support of Plaintiff's Opposed Motion to Compel Discovery Responses from

Defendant Charles "Carlos" Ashenoff, the Appendix to such Brief, as well as all pleadings and

exhibits in the record.

PLAINTIFF TNA ENTERTAINMENT, LLC'S OPPOSED MOTION TO COMPEL DISCOVERY RESPONSES
FROM DEFENDANT CHARLES "CARLOS" ASHENOFF

Page 1

Respectfully submitted,

**FULBRIGHT & JAWORSKI L.L.P.**

*/s/ Richard S. Krumholz, Esq.*
Richard S. Krumholz
Texas Bar No. 00784425
William P. Finegan
Texas Bar No. 07008700

FULBRIGHT & JAWORSKI, LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
T: 214-855-8000
F: 214-855-8200

**ATTORNEYS FOR PLAINTIFF TNA
ENTERTAINMENT, LLC**

**CERTIFICATE OF SERVICE**

        This pleading was served in accordance with the Federal Rules of Civil Procedure by
regular U.S. mail and via ECF on the following counsel of record on January 6, 2009:

Cary Ichter                                     Kevin Wiggins
ADORNO & YOSS, LLC                              Tracey Wallace
Two Midtown Plaza, Suite 1500                   ADORNO YOSS WHITE & WIGGINS LLP
1349 W. Peachtree Street, N.W.                  Bank of America Plaza, Suite 6200
Atlanta, Georgia  30309                         901 Main Street
                                                Dallas, Texas 75202


Robert Blackwell
BROWN & HOFMEISTER, L.L.P.
740 E. Campbell Road, Suite 800
Richardson, Texas  75081


                                                */s/ Richard S. Krumholz*
                                                Richard Krumholz

---

PLAINTIFF TNA ENTERTAINMENT, LLC'S OPPOSED MOTION TO COMPEL DISCOVERY RESPONSES
FROM DEFENDANT CHARLES "CARLOS" ASHENOFF

Page 2