**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **TNA Entertainment, LLC,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| **v.** § | |
| § | |
| **Charles "Carlos" Ashenoff,** § | |
| § | |
| **Defendant,** § | **CIVIL ACTION NO.: 3:08-cv-522-B** |
| § | |
| **v.** § | |
| § | |
| **Jeffrey L. Jarrett, Dixie Carter, Paul W.** § | |
| **Taylor III (p/k/a Terry Taylor), and** § | |
| **Wayne Keown (p/k/a Dutch Mantel),** § | |
| § | |
| **Third-Party Defendants** § | |

**APPENDIX OF EXHIBITS TO BRIEF IN SUPPORT OF PLAINTIFF'S
OPPOSED MOTION TO COMPEL DISCOVERY RESPONSES
FROM DEFENDANT CHARLES "CARLOS" ASHENOFF**

Plaintiff TNA Entertainment, LLC ("TNA" or "Plaintiff") respectfully files this Appendix of Exhibits in support of its Opposed Motion to Compel Discovery Responses. The exhibits attached hereto are as follows:

| Exhibit | Description |
|---|---|
| A | Defendant's Initial Disclosures |
| B | Defendant Ashenoff's Responses and Objections to Plaintiff's First Request for Production |
| C | Defendant Ashenoff's Responses and Objections to Plaintiff's First Interrogatories |
| D | October 2, 2008 Letter |
| E | Defendant Ashenoff's First Supplemental Initial Disclosures |
| F | Defendant Ashenoff's Supplemental Responses to Plaintiff's First Set of Interrogatories |

| | |
|---|---|
| **G** | December 19, 2008 Letter |
| **H** | Defendant Ashenoff's Responses and Objections to Plaintiff's Second Set of Interrogatories |
| **I** | <u>Konnan Talks About Why He Left TNA</u> |
| **J** | Text Message from Ashenoff to Nelson Erazo |

           Respectfully submitted,

           **FULBRIGHT & JAWORSKI L.L.P.**

           */s/ Richard S. Krumholz, Esq.*
             Richard S. Krumholz
             Texas Bar No. 00784425
             William P. Finegan
             Texas Bar No. 07008700
           2200 Ross Avenue, Suite 2800
           Dallas, Texas 75201-2784
           T: 214-855-8000
           F: 214-855-8200

           **ATTORNEYS FOR PLAINTIFF**
           **TNA ENTERTAINMENT, LLC**

## CERTIFICATE OF SERVICE

      This pleading was served in accordance with the Federal Rules of Civil Procedure by regular U.S. mail and via ECF on the following counsel of record on January 6, 2009:

| | |
|---|---|
| Cary Ichter<br>ADORNO & YOSS, LLC<br>1349 W. Peachtree Street, N.W., Suite 1500<br>Atlanta, Georgia 30309 | Robert Blackwell<br>BROWN & HOFMEISTER, L.L.P.<br>740 E. Campbell Road, Suite 800<br>Richardson, Texas 75081 |
| Kevin Wiggins<br>Tracey Wallace<br>ADORNO YOSS WHITE & WIGGINS LLP<br>901 Main Street, Suite 6200<br>Dallas, Texas 75202 | |

           */s/ Richard S. Krumholz*
            Richard Krumholz