# EXHIBIT J

From: rott5150@aol.com
To: jj4jarrett@aol.com
Sent: Thu, 11 Sep 2008 9:52 am
Subject: from carlos

This what carlos send me from my site , i think he wants to close the case, if in info u could call me 347 6044497

---

  talking 2 u yesterday bought back a lot of good memories of LAX.  Listen i was thinking since u told me that they all worried and shit about the lawsuit, if u think it is a good idea , tell jeff or dixie that i would be willing 2 come back and rejoin LAX but how it used 2 be. If u talk to jeff tell him yeah we used to be good friends but to me dat stopped when he didnt help me with my hip operation but yet paid steiners and wouldnt give me more cheese thats the main reason i left. If he wants to do business then we can do business , let me know what u think



Exhibit "J"

Document3 — - 1 - — APP-81