**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TNA Entertainment, LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **Charles "Carlos" Ashenoff,** | § | |
| | § | |
| **Defendant,** | § | **CIVIL ACTION NO.: 3:08-cv-522-B** |
| | § | |
| **v.** | § | |
| | § | |
| **Jeffrey L. Jarrett, Dixie Carter, Paul W.** | § | |
| **Taylor III (p/k/a Terry Taylor), and** | § | |
| **Wayne Keown (p/k/a Dutch Mantel),** | § | |
| | § | |
| **Third-Party Defendants** | § | |

<u>**APPENDIX TO PLAINTIFF'S RESPONSE TO DEFENDANT CHARLES "CARLOS"**</u>
<u>**ASHENOFF'S MOTION TO COMPEL DISCOVERY RESPONSES**</u>

Plaintiff TNA Entertainment, LLC ("TNA" or "Plaintiff") respectfully files this

Appendix of Exhibits in support of its Response to Defendant's Motion to Compel Discovery

Responses.  The exhibits attached hereto are as follows:

| <u>**Exhibit**</u> | <u>**Description**</u> |
|---|---|
| **A** | Affidavit of Dixie Carter |
| **B** | December 12, 2008 Letter |
| **C** | December 19, 2008 Letter |
| **D** | Defendant's First Supplemental Initial Disclosures |
| **E** | September 11, 2008 Text Message from Ashenoff to Nelson Erazo |

**F**       Email from Charles Ashenoff

**G**       Demand letter from Cary Ichter

**H**       TNA Drug Policy

**I**        December 31, 2008 Email to Cary Ichter

**J**       Plaintiff TNA Entertainment, LLC's Objections and Responses to Defendant's First
Interrogatories and First Requests for Production of Documents

**K**       Health-related emails

**L**       December 23, 2006 email among TNA management

Respectfully submitted,

**FULBRIGHT & JAWORSKI L.L.P.**

*/s/ Richard S. Krumholz, Esq.*
    Richard S. Krumholz
    Texas Bar No. 00784425
    William P. Finegan
    Texas Bar No. 07008700
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
T: 214-855-8000
F: 214-855-8200

**ATTORNEYS FOR PLAINTIFF**
**TNA ENTERTAINMENT, LLC**

## CERTIFICATE OF SERVICE

This pleading was served in accordance with the Federal Rules of Civil Procedure by regular U.S. mail and via ECF on the following counsel of record on January 20, 2009:

Cary Ichter
ADORNO & YOSS, LLC
1349 W. Peachtree Street, N.W., Suite 1500
Atlanta, Georgia  30309

Robert Blackwell
BROWN & HOFMEISTER, L.L.P.
740 E. Campbell Road, Suite 800
Richardson, Texas  75081

Kevin Wiggins
Tracey Wallace
ADORNO YOSS WHITE & WIGGINS LLP
901 Main Street, Suite 6200
Dallas, Texas 75202

*/s/ Richard S. Krumholz*
Richard Krumholz