# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TNA Entertainment, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Charles "Carlos" Ashenoff, ) <br> ) <br> Defendant, ) <br> ) <br> v. ) <br> ) <br> Jeffrey L. Jarrett, Dixie Carter, Paul W. ) <br> Taylor III (p/k/a Terry Taylor), and ) <br> Wayne Cowan (p/k/a Dutch Mantel), ) <br> ) <br> Counterclaim Defendants. ) | CIVIL ACTION NO.: 3:08-CV-522-B <br><br> JURY TRIAL DEMANDED |

## DEFENDANT'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant Charles "Carlos" Ashenoff hereby makes these Initial Disclosures based upon information reasonably available at this time. Mr. Ashenoff reserves the right to supplement these disclosures as appropriate, either through supplements hereto, through correspondence to counsel, or through responses to other discovery requests or expert disclosures. Mr. Ashenoff makes the following disclosures without waiving any objection of any kind.

**1. Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information.**

See attached Exhibit "A."

**2. Provide a copy of, or description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or**

{A0245766_1}

Exhibit "D"

APP-11

control of the party and that the disclosing party may use to support is claim or defenses, unless solely for impeachment.

See attached Exhibit "B."

3. **Provide a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing the nature and extent of injuries suffered.**

Mr. Ashenoff is seeking actual, compensatory and punitive damages for the following counterclaims: (1) discrimination in violation of § 1981; (2) retaliation in violation of § 1981; (3) intentional infliction of emotional distress; (4) negligent hiring, training and/or supervision; (6) bodily injury; and (7) negligent hiring, training and/or supervision.

Regarding Mr. Ashenoff's fifth counterclaim for prospective relief, Mr. Ashenoff seeks a declaratory judgment that TNA and Third-Party Defendants' conduct violates § 1981 and a permanent injunction enjoining TNA and the Third-Party Defendants from maintaining or continuing any practices or actions which operate to discriminate on the basis of race and national origin.

Regarding Mr. Ashenoff's eighth counterclaim for liability under the Florida Drug Dealer Liability Act, Mr. Ashenoff seeks three-fold his actual damages and attorneys' fees, as provided for by the statute.

Regarding Mr. Ashenoff's ninth counterclaim for liability under the Civil Remedies for Criminal Practices Act, Mr. Ashenoff seeks the following relief: (1) an Order dissolving TNA; (2) an Order suspending or revoking any license, permit or prior approval granted by any agency of the state; (3) an Order requiring forfeiture of TNA's corporate charter; (4) an Order forfeiting TNA's right to all property, real or personal, including money, used in the course of, or intended for use in the course of, a violation of the statute; and (5) three-fold his actual damages and attorneys' fees as provided for by the statute.

Mr. Ashenoff also seeks his attorney's fees for this matter.

As of the date of these disclosures, Mr. Ashenoff has not computed the total amount of damages he is seeking.

4. **Provide for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

N/A

Respectfully submitted this 23rd day of October, 2008.

*/s/ APM*

Cary Ichter, Esq.
Georgia Bar No. 382515
Adriana Midence, Esq.
Georgia Bar No. 142298

ADORNO & YOSS, LLC
Two Midtown Plaza, Suite 1500
1349 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
T: 404-347-8300
F: 404-347-8395

Kevin Wiggins, Esq.
Texas Bar No. 21441600
Tracey Wallace, Esq.
Texas Bar No. 00797617

ADORNO YOSS WHITE & WIGGINS LLP
Bank of America Plaza, Suite 6200
901 Main Street
Dallas, Texas 75202
T: 214-665-4150
F: 214-665-4160

ATTORNEYS FOR DEFENDANT
CHARLES ASHENOFF

{A0245766_1}

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2008, a copy of the foregoing **DEFENDANT'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES** was served *via* overnight delivery, properly addressed and postage prepaid, upon the following:

>Richard S. Krumholz, Esq.
>FULBRIGHT & JAWORSKI, LLP
>2200 Ross Avenue, Suite 2800
>Dallas, Texas 75201-2784
>
>Robert Blackwell, Esq.
>BROWN & HOFMEISTER, LLP
>740 E. Campbell Road, Suite 800
>Richardson, Texas 75081

_____
Adriana Midence, Esq.
Georgia Bar No. 142298

{A0245766_1}

## **EXHIBIT A**

### **Individuals with Discoverable Information**

The following individuals may have discoverable information that Mr. Ashenoff may use to support his claims and defenses in this action:

1. Charles "Carlos" Ashenoff

2. Dixie Carter, President of TNA Entertainment, LLC

3. Jeffrey L. Jarrett, Vice-President of TNA Entertainment, LLC

4. Paul W. Taylor, III, an employee of TNA Entertainment, LLC

5. Wayne Keown, an employee of TNA Entertainment, LLC

6. Dr. Anthony Marks
   Chula Vista Medical Center
   751 Medical Center Court
   Chula Vista, CA 91911
   T: (619)-482-5825

7. Dr. Enrique Espinosa
   340 East 8th Street
   Suite B
   National City, CA 91959
   T: (619) 477-7779

   San Ysidro Family Medical Center
   1565 30th Street, Suite L
   San Diego, CA 92154
   T: (619) 575-2333

8. Dr. Manuel de J. Villarreal Hernandez
   Centro de Especialidades Medicas
   Jose Benitez No. 2704
   Col. Obispado
   Monterrey, N.L.
   Mexico
   T: (81) 8333-1466

9.  Drs. Gabriele Alarcon and Raymundo Gonzalez Quintanilla
    Christus Muguerza-Laboratorio de Patologia y Citologia
    Ave. Hidalgo 2525 Pte.
    Col. Obispado
    Monterrey, N.L.
    Mexico
    T: (81) 8399-3400

10. Dr. Juan Antonio Barbosa
    Instituto Nefrologico de Tijuana
    Avenida Quintana Roo 1852
    Zona Centro-Este
    Tijuana, B.C.
    Mexico
    T: (664) 6-34-17-00

11. Dr. Monica Rodriguez
    University California-San Diego Medical Center
    Center for Transplantation
    Hillcrest Medical Offices South
    4168 Front Street, Second Floor
    San Diego, CA 92103
    T: (619) 574-8612 (x. 123)

12. Stacey Mystakidis, wife of Carlos Ashenoff
    c/o Cary Ichter, Esq.
    Adorno & Yoss, LLC
    1349 W. Peachtree Street, Suite 1500
    Atlanta, Georgia 30309
    T: (404) 347-8300

13. Ron Killings
    1317 Rolling Wood Drive
    Charlotte, NC 258217
    T: (704) 527-3664

14. Scott Steiner
    No known address or telephone number.

15. Sean Waltman
    No known address.
    Last known telephone number: (713) 275-5365

16. Hector Melendez
    No known address
    Last known telephone number: (797) 615-7093

17. Shawn Hernandez
    555 Springpark Center Blvd.
    #3201
    Spring, TX 77373
    (T) (281) 288-5511

18. Nelson Erazo
    5904 Tradewind Lane
    Orlando, FL 32819
    T: (407) 286-4910

19. Scott D'Amore
    760 Roseland Drive South
    Windsor, Ontario
    Canada N9G1T8
    (T) (519) 969-1245

APP-18

## **EXHIBIT B**

### **Description of Category of Documents**

Mr. Ashenoff may use the following documents to support his claims and defenses in this action:

1. The parties' 2004 Agreement. A true and correct copy of this document is attached to Mr. Ashenoff's Answer and Counterclaims as Exhibit A.

2. The parties' 2005 Agreement. A true and correct copy of this document is attached to Mr. Ashenoff's Answer and Counterclaims as Exhibit B.

3. Electronic mail and other communications exchanged between the parties. Mr. Ashenoff is in the process of compiling the communications in his possession, and will supplement this disclosure accordingly.

4. TNA Entertainment, LLC's internal documents, including human resources documents (i.e. wrestling rosters, the racial/ethnic background of wrestlers, pay schedules, etc.), production and performance schedules, harassment policies, and drug use and testing policies.

{A0245766_1}