# Exhibit F

Let me start off by saying that not only did my hip problem exacerbate to the point where I needed a hip replacement, but to get through pain, I became hooked on pain pills which caused me to have end-stage renal failure. You promised me you will help pay for both surgeries and you didnt. I will now be on anti-rejection medication for the rest of my life, which these are known to have very serious side effects.

For two years you did not give me a raise, even though we were the hottest act in the company. You lowballed me on the Spanish voiceovers and fanfest, knowing full well how much I was spending weekly on dialysis, not to mention the six months of Spanish announcing I was never paid for and I was not contractually obligated to do.

Let me remind you I will be on Real Sports (which will be on 6 times a week, for one month), and for twelve minutes, the only topic of discussion will be TNA and how its run. You had the audacity to say I was burying the company before, you havent seen anything yet.

I will be filling a $500,000 racial discrimination lawsuit against TNA.

I will make my lawsuit and allegations public, on the internet and all pertinent wrestling periodicals.

Here are the three things that I want.

1. My full unconditional release. This is really not that big of a deal because the brunt of my work will be in Mexico. I just want to be able to work Indy dates without you trying to intimidate the local promoters.

2. Forget about the hip surgery loan. This is not that big of a deal either because as it stands, I owe you sixteen thousand dollars. But if you calculate the six months I did Spanish announcing in Nashville, which was when we taped every week. Five hundred dollars a week, equalls two thousand dollars a month, times six months equalls twelve thousand dollars. So the difference between the sixteen thousand dollars I owe you, and the twelve thousand you owe me is four thousand dollars.

3. Heres the deal breaker. I want for all the mental, physical and racial torment you put me through I want $300,000. If you do not agree with this, I will see you in court and you will hear me and the media.

If you agree to the $300,000 payment, I will push back the real sports taping which is scheduled for Thursday night at 8pm, to Friday night at 8pm. That will give you one day to draft a letter and federal express it to me early Friday morning. It should be notarized and a one hundred thousand dollar check made out to my name. Then you can pay me $100,000 in September, and then $100,000 in October. This should be legal and binding.

Since the check of this size roughly takes ten days to clear, and will take fifteen days for them to edit the HBO Real Sports show, just in case you cancel the check after you send it, I have spoken with the producer and he will include the commentary of TNA and how it is run. But if the check clears in good faith, that commentary will not make the air.

You are actually getting off pretty easy because my initial claim is for $500,000. But this will save us having to go through protracted litigation.

Now for my part, I will sign any document where I promise not to speak out against TNA (gag order), and will not bring forth any suits against TNA, or Panda energy. I also promise not to speak publicly about any out of court settlement.

If this is agreeable to you, please send the $100,000 check and above reference documentation before 5pm Friday (PST), and I will abide by my part in good faith.

If you do not agree to this, I will see you in the tribunials, and possibly in front of congress.

My offer is non negiotiable.

Sincerely


Charles Ashenoff
Independant Contractor



Exhibit "F"

APP-20    TNA000227