# Exhibit H

# **General Policies**

**Drug Policy**

TNA Entertainment is committed to providing a safe work environment and to fostering the well-being and health of its independent contractors. That commitment is jeopardized when any independent contractor uses illegal drugs or alcohol on the job, comes to work with these substances present in his/her body, or possesses, distributes, or sells drugs in the workplace. TNA Entertainment has established the following policy with regard to alcohol and other drugs.

The goal of this policy is to balance our respect for individuals with the need to maintain a safe, productive, and drug-free environment. The intent of this policy is to send a clear message that illegal drug use and alcohol abuse are incompatible with working at TNA Entertainment.

1. It is a violation of our policy for any TNA independent contractor to possess, sell, trade, or offer for sale illegal drugs or otherwise engage in the use of illegal drugs or alcohol on the job.

2. It is a violation of our policy for anyone to report to work under the influence of illegal drugs or alcohol -- that is, with illegal drugs or alcohol in his/her body. The use of alcohol 12 hours or less prior to a scheduled TNA performance is prohibited by this policy.

3. It is a violation of our policy for anyone to use prescription drugs illegally. It is not a violation of TNA policy for an independent contractor to use medications prescribed by a licensed and treating physician for a legitimate medical purpose, but the independent contractor should notify his/her supervisor if the prescribed medication will affect the independent contractor's ability to perform his/her job.

4. Violations of this policy are subject to disciplinary action ranging from a letter of reprimand, mandatory drug counseling and treatment, suspension from work without pay, up to and including dismissal. It is the responsibility of our supervisors to alert management whenever they see changes in performance or behavior that suggest that an independent contractor has an alcohol or other drug problem.

5. TNA reserves the right to conduct random drug tests and other tests in accordance with government requirements.

6. In order to comply with the Florida Department of Health Bureau of Epidemiology's request for TNA's Infectious Disease Control Plan, TNA will be implementing a blood testing program for all talent effective as of the June 18, 2006, pay-per-view. This blood testing program will test for Hepatitis A, B & C, as well as the HIV virus. TNA reserves the right to test for all illegal substances as part of this program in its sole discretion. TNA will be distributing a form to be signed indicating your consent to being tested under this program.



Exhibit "H"

CONFIDENTIAL

APP-32

TNA000492