# Exhibit I

**Joseph, David C.**

**From:** Krumholz, Richard
**Sent:** Wednesday, December 31, 2008 10:50 AM
**To:** 'Cary Ichter'
**Cc:** 'Robert Blackwell'; Joseph, David C.
**Subject:** RE: Ashenoff

Cary,

1. We are not producing documents that evidence any actions taken against other wrestlers for alleged drug use as none exist during the relevant timeframe.

2. We are not producing other wrestlers payment information until Mr. Ashenoff communicates some basis for his belief that TNA has discriminated against him on the basis of pay, which you have refused to do. You have likewise refused to provide what category of wrestler you believe is similarly situated. As such, we believe your request is overreaching.

Also, we have not heard anything or been produced any information re your deficiencies in your discovery responses, including i) the failure to produce any information in response to TNA's 2nd set of interrogatories (i.e. the failure to identify any Dr. or pharmacist that prescribed medications to Ashenoff), ii) the failure to produce known correspondence with other TNA wrestlers, and iii) the failure to provide any rehab facilities where Ashenoff has been treated. We will likewise be filing a motion to compel and for costs concerning these issues.

Richard

---

**From:** Cary Ichter [mailto:cichter@adorno.com]
**Sent:** Wednesday, December 31, 2008 10:39 AM
**To:** Krumholz, Richard
**Subject:** Ashenoff

Richard: I had asked that we have your final word on the issues related to our discovery disputes by yesterday. As we have heard nothing from you, I am filing our motion to compel today. Cary

### ADORNO & YOSS

| Cary Ichter | |
|---|---|
| Partner | ☎ (404) 347-8300 |
| Adorno & Yoss LLC | ☎ Direct: (404) 347-8486 |
| 1349 West Peachtree Street N.E., Suite 1500 | Fax: (404) 601-5897 |
| Atlanta, GA 30309 | ✉ cichter@adorno.com |
| www.adorno.com | View BIO |



Exhibit "I"

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.
THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**APP-33**

01/07/2009