# Exhibit K

**From:** Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
**Sent:** Wednesday, February 28, 2007 10:42 PM
**To:** Dixie Carter
**Subject:** RE: Back from hospital

Well i am still doing physical rehab, i hope to be off crutches in a month. As for my kidneys i did my blood work monday, they faxed me my info and i passed everything from hepatitis to aids but my kidneys are damaged as your doctor when he reads it will attest. Anyways my mom just flew back to miami because she was not compatible as a kidney donor. March 18th, AAA is doing a show for me in mexico city to help with the transplant, dialysis, medicines and the money i owe tna for the hip operation. . Right now i just have to find a donor, i am also going to talk to billy eckstien from the st. louis cardinals because he is heavily involved with organ donating and the such.

Andy Barton sent me an email today that he has contacted Nano, Nano n is a big deal, very professional and resepcted in Texas. He is making alot of money off the mexican banda and grupero musical groups. I really believe that Corpus Christi, Mcallen, laredo San Angelo and Hidalgo are perfect for tna, right size markets and venues, not to big not to small. Super hot crowds that we can easily manipulate, Eventually we could go to Dallas, Houston and San Antonio which Nano also runs. Orlando has become stale and hard for the booking committee to manipulate Not only do i know we could do well with pay per views but also house shows and why not dixie maybe even a tv taping, at least u could make money at the gate instead of it being free like in Orlando.

Plus as u know, the latino market is super hot right now, our business in mexico for both companies is the hottest it has been in 15 yrs. and every mexican in the united states watches galavsion but cant see their stars unless they go to mexico or there is an indy show with lucha libre in theiir city. Even wwe finally understands, last week i was backstage in San Diego with Rey Mysterio at Smackdown, i wanted to say hi to some old friends and help him with his promo and a good friend of mine who works in the office was asking me about Mistico who they bought in on tuesday to San Jose for a tryout,Mistico is the biggest draw in Mexico and is only like 24 yrs old, plus he wanted me to give him the phone number for two other mexican wrestlers perro aguayo jr and shocker. We had Shocker at one time and i told him Shocker did not get over in TNA but he told me dusty rhodes wants him plus we know that in the next 5 to 10 yrs we have to have latino superstars and we have to cater to latino audience. .
I srtill dont understand why they keep takeing mexicans out of their element, u have to do a lucha libre promotion wheter its wwe latino or tna latino it has to be in spanish and on univision or telemundo then u teach the guys amercian wrestling and english and when they are ready u graduate them to the TNA show so all the latinos that are biliingual can identify with them..

I am leaving for mexico tommorrow because i have to help write TV for the next month, but in April we will be going back to arena monterrey the 17,000 seater that we did with gabriel gonzalez and we will sell it out for sure i will get some TNA talent on it, take care your friend carrlos

*Dixie Carter <dcarter@trifecta-ent.com>* wrote:

> Sorry I have not replied. I have been slammed. I forwarded to Andy. Let me check with him. How are you feeling?

**From:** Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
**Sent:** Tuesday, February 27, 2007 8:27 PM
**To:** Dixie Carter
**Subject:** RE: Back from hospital

hi dixie , i wrote to u last week about nano ramirez in texas, did u every get my email, thank u, carlos
*Dixie Carter <dcarter@trifecta-ent.com>* wrote:
I just got this. So glad you are doing better, and I can't wait to see you. Make sure you are not pushing it too much. I am very excited about LAX, and of course all the opportunities we have ahead of us. I am going to NY this week to meet with Spike on this initiative. I will keep you posted.

All the best. Let me know how you are doing. I get daily updates from others when we do not talk.

D.

**From:** Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]

Exhibit
"K"

**Sent:** Friday, January 19, 2007 11:44 PM
**To:** Dixie Carter
**Subject:** RE:Back from hospital

Thank u for your calls they meant the world to me, i appreciate your support. I will be back at the next tapings probably in a walker and wheelchair but i will be there. Now i gotta tackle this kidney thing. Can u beleive the operation was $8,000 more because of the kidney problems and blood transfusion, rey mysterio lent me the money. Well at least one thing is out of the way.
  I am very happy because LAX is TNAs own, we are not a copy of anyone and u can be proud to say it is home grown, i am sure that there will be different members in the future but i really think if we protect lax it can be special and something original and always fresh that tna can be proound of . i am lax, lax is tna. i cant believe how much we have grown from Nashville, incredible, just keep your eye on that booking it gets illogical somethimes which is not good. i cant help it dixie i love what i do and i must say something. But i love tna, u and your parents tell them hello that was awesome of your dad to spend a few minutes with me on the phone before my operation. Que Dios te bendiga, lets get that hispanic market, i hope i dont sound presumptious, but i am your guy, latinos have a stong bond with me from watching me so many yrs and now in lax i make them feel proud to be latino. thank u dixie, carlos

*Dixie Carter <dcarter@trifecta-ent.com>* wrote:
> Have you been asked to join Kurt for a Cox Cable System visit next Wednesday for about an hour and a half that morning? I could really use you, this is important. Let me know.
>
> ---
>
> **From:** Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
> **Sent:** Thursday, November 30, 2006 1:03 PM
> **To:** Dixie Carter
> **Subject:** RE: Any word back from Rey?
>
> thats good, u know dixie there is a huge latino population in nashville, i dont know if anybody would be qualified but there has to be a spanish newspaper or magazine or radio station or tv station that maybe u could talk to the manager see if anyone is interested, maybe craigslist in tennessee and north carolina and atlanta, alot of mexicans right now in those places. i will keep trying because it is so important, that hispanic market is so virgin and so untapped its ridiculous, way 2 go. carlos
>
> *Dixie Carter <dcarter@trifecta-ent.com>* wrote:
> Gracias.
>
> I am working on having our entire website translated in to Spanish.
>
> ---
>
> **From:** Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
> **Sent:** Thursday, November 30, 2006 12:49 PM
> **To:** Dixie Carter
> **Subject:** Re: Any word back from Rey?
>
> I will ask him today, he just had knee surgery so he was spending some down time with the family. I will also ask moody, i heard what savio and miguel did by sending u that letter that was very dirty and accomplished what they wanted making sure moody got heat. This business never ceases 2 amaze me. By the way i finally got my doctors info i submitted it to terry earlier today, incredible, hip replacements in the United states are like $80,000, the cheapest i found was $50,000 but in monterrey i can get it done for $15,0000, thank u for everything dixie. p.s. At least we did not lose any money in monterrey show and they are down for another one in may with triple A also i am talking with gabriel and multimedias TV which is huge tv network in monterrey and texas for spanish programming about doing our pay per view from a hispanic city. When i have the city and the month the arena is available i will get back to you. your friend, carlos
>
> *Dixie Carter <dcarter@trifecta-ent.com>* wrote:
> I really want to hire someone asap. Could he ask the WWE Spanish announce guys if they know of anyone looking to break in? Any other thoughts?

| | |
|---|---|
| **From:** | Dixie Carter |
| **Sent:** | Wednesday, February 28, 2007 4:59 PM (GMT) |
| **To:** | Charles Ashenoff <kdoggashenoff@yahoo.com> |
| **Subject:** | RE: Back from hospital |

---

Sorry I have not replied. I have been slammed. I forwarded to Andy. Let me check with him. How are you feeling? From: Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
Sent: Tuesday, February 27, 2007 8:27 PM
To: Dixie Carter
Subject: RE: Back from hospital hi dixie , i wrote to u last week about nano ramirez in texas, did u every get my email, thank u, carlos

Dixie Carter wrote: I just got this. So glad you are doing better, and I can't wait to see you. Make sure you are not pushing it too much. I am very excited about LAX, and of course all the opportunities we have ahead of us. I am going to NY this week to meet with Spike on this initiative. I will keep you posted. All the best. Let me know how you are doing. I get daily updates from others when we do not talk. D. From: Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
Sent: Friday, January 19, 2007 11:44 PM
To: Dixie Carter
Subject: RE:Back from hospital Thank u for your calls they meant the world to me, i appreciate your support. I will be back at the next tapings probably in a walker and wheelchair but i will be there. Now i gotta tackle this kidney thing. Can u beleive the operation was $8,000 more because of the kidney problems and blood transfusion, rey mysterio lent me the money. Well at least one thing is out of the way. I am very happy because LAX is TNAs own, we are not a copy of anyone and u can be proud to say it is home grown, i am sure that there will be different members in the future but i really think if we protect lax it can be special and something original and always fresh that tna can be proound of . i am lax, lax is tna. i cant believe how much we have grown from Nashville, incredible, just keep your eye on that booking it gets illogical somethimes which is not good. i cant help it dixie i love what i do and i must say something. But i love tna, u and your parents tell them hello that was awesome of your dad to spend a few minutes with me on the phone before my operation. Que Dios te bendiga, lets get that hispanic market, i hope i dont sound presumptious, but i am your guy, latinos have a stong bond with me from watching me so many yrs and now in lax i make them feel proud to be latino. thank u dixie, carlos

Dixie Carter wrote: Have you been asked to join Kurt for a Cox Cable System visit next Wednesday for about an hour and a half that morning? I could really use you, this is important. Let me know. From: Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
Sent: Thursday, November 30, 2006 1:03 PM
To: Dixie Carter
Subject: RE: Any word back from Rey? thats good, u know dixie there is a huge latino population in nashville, i dont know if anybody would be qualified but there has to be a spanish newspaper or magazine or radio station or tv station that maybe u could talk to the manager see if anyone is interested, maybe craigslist in tennessee and north carolina and atlanta, alot of mexicans right now in those places. i will keep trying because it is so important, that hispanic market is so virgin and so untapped its ridiculous, way 2 go. carlos

Dixie Carter wrote: Gracias. I am working on having our entire website translated in to Spanish. From: Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
Sent: Thursday, November 30, 2006 12:49 PM
To: Dixie Carter
Subject: Re: Any word back from Rey? I will ask him today, he just had knee surgery so he was spending some down time with the family. I will also ask moody, i heard what savio and miguel did by sending u that letter that was very dirty and accomplished what they wanted making sure moody got heat. This business never ceases 2 amaze me. By the way i finally got my doctors info i submitted it to terry earlier today, incredible, hip replacements in the United states are like $80,000, the cheapest i found was $50,000 but in monterrey i can get it done for $15,0000, thank u for everything dixie. p.s. At least we did not lose any money in monterrey show and they are down for another one in may with triple A also i am talking with gabriel and multimedias TV which is huge tv network in monterrey and texas for spanish programming about doing our pay per view from a hispanic city. When i have the city and the month the arena is available i will get back to you. your friend, carlos

Dixie Carter wrote: I really want to hire someone asap. Could he ask the WWE Spanish announce guys if they know of anyone looking to break in? Any other thoughts? Everyone is raving about the all-new Yahoo! Mail beta. Access over 1 million songs - Yahoo! Music Unlimited. 8:00? 8:25? 8:40? Find a flick in no time

**APP-63**

TNA000120

with theYahoo! Search movie showtime shortcut.
TV dinner still cooling?
Check out "Tonight's Picks" [http://us.rd.yahoo.com/evt=49979/*http:/tv.yahoo.com/] on Yahoo! TV.

TNA000121

| | |
|---|---|
| **From:** | Dixie Carter |
| **Sent:** | Thursday, March 1, 2007 7:04 PM (GMT) |
| **To:** | Charles Ashenoff <kdoggashenoff@yahoo.com> |
| **Subject:** | RE: Back from hospital |

---

Thanks for the email. I will forward to Jeff and Terry to update them on several items below. I will have Terry get back to you on your plan of attack for the kidney transplant and how we can support that effort as well. Best, Dixie From: Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
Sent: Wednesday, February 28, 2007 10:42 PM
To: Dixie Carter
Subject: RE: Back from hospital Well i am still doing physical rehab, i hope to be off crutches in a month. As for my kidneys i did my blood work monday, they faxed me my info and i passed everything from hepatitis to aids but my kidneys are damaged as your doctor when he reads it will attest. Anyways my mom just flew back to miami because she was not compatible as a kidney donor. March 18th, AAA is doing a show for me in mexico city to help with the transplant, dialysis, medicines and the money i owe tna for the hip operation. . Right now i just have to find a donor, i am also going to talk to billy eckstien from the st. louis cardinals because he is heavily involved with organ donating and the such. Andy Barton sent me an email today that he has contacted Nano, Nano n is a big deal, very professional and resepcted in Texas. He is making alot of money off the mexican banda and grupero musical groups. I really believe that Corpus Christi, Mcallen, laredo San Angelo and Hidalgo are perfect for tna, right size markets and venues, not to big not to small. Super hot crowds that we can easily manipulate, Eventually we could go to Dallas, Houston and San Antonio which Nano also runs. Orlando has become stale and hard for the booking committee to manipulate Not only do i know we could do well with pay per views but also house shows and why not dixie maybe even a tv taping, at least u could make money at the gate instead of it being free like in Orlando. Plus as u know, the latino market is super hot right now, our business in mexico for both companies is the hottest it has been in 15 yrs. and every mexican in the united states watches galavsion but cant see their stars unless they go to mexico or there is an indy show with lucha libre in theiir city. Even wwe finally understands, last week i was backstage in San Diego with Rey Mysterio at Smackdown, i wanted to say hi to some old friends and help him with his promo and a good friend of mine who works in the office was asking me about Mistico who they bought in on tuesday to San Jose for a tryout,Mistico is the biggest draw in Mexico and is only like 24 yrs old, plus he wanted me to give him the phone number for two other mexican wrestlers perro aguayo jr and shocker. We had Shocker at one time and i told him Shocker did not get over in TNA but he told me dusty rhodes wants him plus we know that in the next 5 to 10 yrs we have to have latino superstars and we have to cater to latino audience. . I srtill dont understand why they keep takeing mexicans out of their element, u have to do a lucha libre promotion wheter its wwe latino or tna latino it has to be in spanish and on univision or telemundo then u teach the guys amercian wrestling and english and when they are ready u graduate them to the TNA show so all the latinos that are biliingual can identify with them.. I am leaving for mexico tommorrow because i have to help write TV for the next month, but in April we will be going back to arena monterrey the 17,000 seater that we did with gabriel gonzalez and we will sell it out for sure i will get some TNA talent on it, take care your friend carrlos

Dixie Carter wrote: Sorry I have not replied. I have been slammed. I forwarded to Andy. Let me check with him. How are you feeling? From: Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
Sent: Tuesday, February 27, 2007 8:27 PM
To: Dixie Carter
Subject: RE: Back from hospital hi dixie , i wrote to u last week about nano ramirez in texas, did u every get my email, thank u, carlos
Dixie Carter wrote: I just got this. So glad you are doing better, and I can't wait to see you. Make sure you are not pushing it too much. I am very excited about LAX, and of course all the opportunities we have ahead of us. I am going to NY this week to meet with Spike on this initiative. I will keep you posted. All the best. Let me know how you are doing. I get daily updates from others when we do not talk. D. From: Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
Sent: Friday, January 19, 2007 11:44 PM
To: Dixie Carter
Subject: RE:Back from hospital Thank u for your calls they meant the world to me, i appreciate your support. I will be back at the next tapings probably in a walker and wheelchair but i will be there. Now i gotta tackle this kidney thing. Can u beleive the operation was $8,000 more because of the kidney problems and blood transfusion, rey mysterio lent me the money. Well at least one thing is out of the way. I am very happy because LAX is TNAs own, we are not a copy of anyone and u can be proud to say it is home grown, i am sure that there will be different members in the future but i really think if we protect lax it can be special and something original and always fresh that tna can be proound of . i am lax. lax is tna. i cant believe how much we have grown from Nashville, incredible, just keep your eye on that booking it gets illogical somethimes which is not good. i cant help it dixie i love what i do and i must say something. But i love tna, u and your

parents tell them hello that was awesome of your dad to spend a few minutes with me on the phone before my operation. Que Dios te bendiga, lets get that hispanic market, i hope i dont sound presumptious, but i am your guy, latinos have a stong bond with me from watching me so many yrs and now in lax i make them feel proud to be latino. thank u dixie, carlos

Dixie Carter wrote: Have you been asked to join Kurt for a Cox Cable System visit next Wednesday for about an hour and a half that morning? I could really use you, this is important. Let me know. From: Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
Sent: Thursday, November 30, 2006 1:03 PM
To: Dixie Carter
Subject: RE: Any word back from Rey? thats good, u know dixie there is a huge latino population in nashville, i dont know if anybody would be qualified but there has to be a spanish newspaper or magazine or radio station or tv station that maybe u could talk to the manager see if anyone is interested, maybe craigslist in tennessee and north carolina and atlanta, alot of mexicans right now in those places. i will keep trying because it is so important, that hispanic market is so virgin and so untapped its ridiculous, way 2 go. carlos

Dixie Carter wrote: Gracias. I am working on having our entire website translated in to Spanish. From: Charles Ashenoff [mailto:kdoggashenoff@yahoo.com]
Sent: Thursday, November 30, 2006 12:49 PM
To: Dixie Carter
Subject: Re: Any word back from Rey? I will ask him today, he just had knee surgery so he was spending some down time with the family. I will also ask moody, i heard what savio and miguel did by sending u that letter that was very dirty and accomplished what they wanted making sure moody got heat. This business never ceases 2 amaze me. By the way i finally got my doctors info i submitted it to terry earlier today, incredible, hip replacements in the United states are like $80,000, the cheapest i found was $50,000 but in monterrey i can get it done for $15,0000, thank u for everything dixie. p.s. At least we did not lose any money in monterrey show and they are down for another one in may with triple A also i am talking with gabriel and multimedias TV which is huge tv network in monterrey and texas for spanish programming about doing our pay per view from a hispanic city. When i have the city and the month the arena is available i will get back to you. your friend, carlos

Dixie Carter wrote: I really want to hire someone asap. Could he ask the WWE Spanish announce guys if they know of anyone looking to break in? Any other thoughts? Everyone is raving about the all-new Yahoo! Mail beta. Access over 1 million songs - Yahoo! Music Unlimited. 8:00? 8:25? 8:40? Find a flick in no time
with theYahoo! Search movie showtime shortcut. TV dinner still cooling?
Check out "Tonight's Picks" [http://us.rd.yahoo.com/evt=49979/*http:/tv.yahoo.com/] on Yahoo! TV.
Need Mail bonding?
Go to the Yahoo! Mail Q&A for great tips from Yahoo! Answers users.

**APP-66**

TNA000123