# Exhibit L

| | |
|---|---|
| **From:** | Dixie Carter |
| **Sent:** | Saturday, December 23, 2006 10:28 PM (GMT) |
| **To:** | JJ4JARRETT@aol.com; Dean Broadhead <dbroadhead@tna.com>; Andy Barton <abarton@tna.com>; Terry Taylor <terrytaylor812@msn.com> |
| **Subject:** | konnan |

I just spoke with his wife when I called to check on him. He was unable to have the surgery b/c the doctor said he needs to have a kidney transplant and felt he could die if he operated on him. Obviously this scared him. He is headed back to San Diego right now to consult with another doctor. He was in the Navy for 10 years so they are checking to see if they can get some medical help. Dean, do you have any thoughts on this? We should not discuss this with anyone until we have more news. I will keep you posted. D



Exhibit "L"

APP-67   TNA000109