**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TNA Entertainment, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **Charles "Carlos" Ashenoff,** | § | |
| | § | |
| **Defendant,** | § | **CIVIL ACTION NO.: 3:08-CV-522-B** |
| | § | |
| **v.** | § | |
| | § | |
| **Jeffrey L. Jarrett, Dixie Carter, Paul W. Taylor III (p/k/a Terry Taylor), and Wayne Keown (p/k/a Dutch Mantel),** | § | |
| | § | |
| **Third-Party Defendants** | § | |

**APPENDIX TO**
**DEFENDANT ASHENOFF'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Pursuant to L.R. § 7.1(i), Defendant files this Appendix of exhibits in support of its Brief in Opposition to Plaintiff's Motion to Compel Discovery Responses from Defendant. Exhibits are index as follows:

1. TNA's Responses to Plaintiff's First Request for Production of Documents;
2. TNA's Initial Disclosures
3. Affidavit of Charles Ashenoff
4. Letter dated 1/9/09 to Mr. Krumholz
5. Court Order dated 11/17/08;
6. Email to Mr. Krumholz from Ms. Diamond
7. Defendant's Supplemental Responses to TNA's Second Set of Interrogatories;

8. EEOC Discrimination Charge Intake Questionnarie

9. Defendant's Privilege Log

10. TNA's First Request for Production of Documents to Plaintiff.

Respectfully submitted this 22nd day of January, 2009..

   */s/ Cary Ichter*
Cary Ichter, Esq.
Georgia Bar No. 382515

ADORNO & YOSS, LLC
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street
Atlanta, Georgia 30309
T: 404-347-8300
F: 404-347-8395

COUNSEL FOR DEFENDANT
CHARLES ASHENOFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing APPENDIX TO DEFENDANT ASHENOFF'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL was electronically filed with the clerk of court using the ECM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record, including:

>Richard S. Krumholz, Esq.
>FULBRIGHT & JAWORSKI, LLP
>2200 Ross Avenue, Suite 2800
>Dallas, Texas 75201-2784

>Robert Blackwell, Esq.
>BROWN & HOFMEISTER, LLP
>740 E. Campbell Road, Suite 800
>Richardson, Texas 75081

This 22nd day of January, 2009.

>___/s/ Cary Icther_____
>Cary Ichter, Esq.
>Georgia Bar No. 382515

{218228.0001/A0257670_1}