EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TNA Entertainment, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Charles "Carlos" Ashenoff, <br><br> Defendant, <br><br> v. <br><br> Jeffrey L. Jarrett, Dixie Carter, Paul W. Taylor III (p/k/a Terry Taylor), and Wayne Keown (p/k/a Dutch Mantel), <br><br> Third-Party Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: 3:08-CV-522-B |

### AFFIDAVIT OF CHARLES ASHENOFF

Before the undersigned officer, duly authorized by law to administer oaths, personally appeared Charles Ashenoff, who, after being duly sworn, states that the facts set forth herein are true and correct.

1. My name is Charles Ashenoff. I am of legal age, of sound mind, and competent to testify.

2. I have personal knowledge of the matters testified to herein.

{A0257468_1}

3. I am the Defendant in the above-captioned matter. I give this affidavit in support of Defendant Ashenoff's Brief in Opposition to Plaintiff's Motion to Compel.

4. I do not own a computer.

5. When I need to use a computer, I use a computer that my brother owns.

6. Several of my family members also use the computer that my brother owns.

7. I generally do not create word documents, excel spreadsheets, power point presentations and similar documents to communicate.

8. I use my brother's computer to communicate with people through Yahoo, Excite and My Space.

9. I have a cell phone, but I do not store or save text messages that I send.

FURTHER AFFIANT SAYETH NAUGHT.

*Charles Ashenoff* (signature)
Charles Ashenoff

Sworn to and subscribed before me
this 22nd day of January, 2009.

*Harry E Spanjer* (signature)
NOTARY PUBLIC
My Commission Expires: 02.17th 2009

HARRY E. SPANJER
Comm. # 1553059
NOTARY PUBLIC - CALIFORNIA
San Diego County
My Comm. Expires Feb. 17, 2009

{A0257468_1}