# EXHIBIT 8



**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE**

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). Incomplete responses may delay further processing of your questionnaire by EEOC.** If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a."

*(PLEASE PRINT)*

1. **Personal Information**

Last Name: Ashenoff , First Name: Charles   MI:
Street or Mailing Address: 1894 Cabernet Drive   Apt Or Unit #:
City: Chula Vista   County: San Diego   State: CA   Zip: 91913
Phone Numbers: Home: (619) 482-4831   Work: ( )
Cell: (619) 841-6676   Email Address: kdoggashenoff@yahoo.com
Date of Birth: 06/06/64   Sex: Male X Female___ Race: Hispanic
National Origin / Ethnicity: Hispanic   Do You Have a Disability? Yes ☐   No ☒

**Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Cary Ichter   Relationship: Attorney
Address: 1201 West Peachtree St.   City: Atlanta   State: GA Zipcode: 30309
Zip: Suite Home Phone:( )   Other Phone: (404 541-2956
2200

I believe that I was discriminated against by the following organization(s): (Check those that apply)

Employer   X   Union_____   Employment Agency_____   Other (Please Specify)_____

2. **Organization Contact Information**

Organization #1 Name: TNA Entertainment, LLC
Address: 4100 Spring Valley, Suite 1001
City: Dallas   State: TX Zip: 75244   Phone :( )
Type of Business:_____   Job Location if different from Org. Address:_____
Human Resources Director or Owner Name: Dixie Carter   Phone: 615-244-5557
Number of Employees in the Organization at All Locations: Please Check (✓) One
Less Than 15 ☐   15 – 100 ☒   101 – 200 ☐   201 – 500 ☐   More 500 ☐

RECEIVED
DEC 18 2007
EEOC-ATDO

Organization #2 Name:_____
Address:_____

**ASH000242**

2

City: _____ State: ____ Zip: _____ Phone :(___) _____
Type of Business: _____ Job Location if not at Org. Address: _____
Human Resources Director or Owner Name: _____ Phone: _____
Number Of Employees In The Organization At All Locations: please check (✓) one
Less Than 15 ☐    15 – 100 ☐    101 – 200 ☐    201 – 500 ☐    More 500 ☐

3. **Your Employment Data** (Complete as many items as you can)
   Date Hired: **08/05/2005** _____ Job Title At Hire: **Wrestler** _____
   Pay Rate When Hired: **Paid Per Event** _____ Last or Current Pay Rate: **Paid Per Event**
   Job Title at Time of Alleged Discrimination: **Wrestler**
   Name and Title of Immediate Supervisor: **Jeffrey Jarrett, Vice President**
   IF Applicant, Date You Applied for Job _____ Job Title Applied For _____

4. **What is the reason (basis) for your claim of employment discrimination?**

   *FOR EXAMPLE, if you are over the age of 40 and feel you were treated worse than younger employees or you have other evidence of discrimination, you should check (✓) AGE. If you feel that you were treated worse than those not of your race or you have other evidence of discrimination, you should check (✓) RACE. If you feel the adverse treatment was due to multiple reasons, such as your sex, religion and national origin, you should check all three. If you complained about discrimination, participated in someone else's complaint or if you filed a charge of discrimination and a negative action was threatened or taken, you should check (✓) RETALIATION.*

   Race ☒  Sex ☐  Age ☐  Disability ☐  National Origin ☒  Color ☐  Religion ☐  Retaliation ☒  Pregnancy ☐

   Other reason (basis) for discrimination (Explain). _____

5. **What happened to you that you believe was discriminatory? Include the date(s) of harm, action(s) and include the name(s) and title(s) of the persons who you believe discriminated against you.** (Example: 10/02/06 – Written Warning from Supervisor, Mr. John Soto)

   A) Date: _____ Action: **Please see attached.**

   Name and Title of Person(s) Responsible: _____

   B) Date: _____ Action: _____

   Name and Title of Person(s) Responsible _____

   Describe any other actions you believe were discriminatory.
   _____
   _____
   _____
   _____
   _____

   (Attach additional pages if needed to complete your response.)

ASH000243

3

6. What reason(s) were given to you for the acts you consider discriminatory? By whom? Title?

    __No explanation given.   TNA Entertainment LLC has a__
    __culture of rampant racism and discrimination.__

7. Name and describe others who were in the same situation as you. Explain any similar or different treatment. Who was treated worse, who was treated better, and who was treated the same? Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination. Add additional sheets if needed.

    Full Name                           Job Title                        Description
    1. __All hispanic and/or african/american wrestlers at TNA Entertainment LLC__
    2. _____
    3. _____

    Answer questions 8-10 only if you are claiming discrimination based on disability. If not, skip to question 11.

8. **Please check all that apply:**    ☐   Yes, I have an actual disability
                                         ☐   I have had an actual disability in the past
                                         ☐   No disability but the organization treats me as if I am disabled

9. If you are alleging discrimination because of your disability, <u>what is the name of your disability?</u> How does your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from doing, if anything? (Example: lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.).

10. Did you ask your employer for any assistance or change in working condition because of your disability?
    YES ☐  NO ☐
    Did you need this assistance or change in working condition in order to do your job?
    YES ☐  NO ☐
    If "YES", when? _____ To whom did you make the request? Provide full name of person _____ How did you ask (verbally or in writing)? _____
    Describe the assistance or change in working condition requested?

11. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and indicate what they will say. Add additional pages if necessary.

**ASH000244**

4

| NAME | JOB TITLE | ADDRESS & PHONE NUMBER |
|---|---|---|
| A. All hispanic and/or african/american wrestlers at TNA Entertainment LLC | | |
| B. | | |
| C. | | |

12. Have you filed a charge previously in this matter with EEOC or another agency? YES ☐ NO ☒

13. If you have filed a complaint with another agency, provide name of agency and date of filing:
    N/A

14. Have you sought help about this situation from a union, an attorney, or any other source?
    YES ☒ NO ☐ - If yes, from whom and when? Provide name of organization, name of person you spoke with and date of contact. Results, if any?
    Cary Ichter, Esq. and Adriana Midence, Esq.; Thompson Hine, LLP currently considering legal action.

_APM_   as counsel for Charles Ashenoff         12/18/07
**Signature**                                    **Today's Date**

If you have not heard from an EEOC office within 30 days of mailing this form, please call toll-free number shown on the letter accompanying this form. Provide the tracking number at the top of page 1 of this form. Please make a copy of this form for your records before mailing.

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (10/2006).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to respondents in connection with litigation.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.