EXHIBIT

9

TNA Entertainment, Inc. vs. Charles "Carlos" Ashenoff, et al

## DEFENDANT'S PRIVILEGE LOG

| Priv Doc # | Date | Time | From | To | Description | Privilege |
|---|---|---|---|---|---|---|
| 1 | 10/21/08 | 2:33 PM | Midence, Adriana | Ashenoff, Carlos | Communication re: litigation | Attorney Client |
| 2 | 10/31/08 | 10:03 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client |
| 3 | 11/04/08 | 7:48 AM | Midence, Adriana | Ashenoff, Carlos | Communication re: litigation | Attorney Client |
| 4 | 11/06/08 | 1:42 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client |
| 5 | 11/06/08 | 1:40 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client |
| 6 | 11/06/08 | 6:11 AM | Midence, Adriana | Ashenoff, Carlos | Communication re: litigation | Attorney Client |
| 7 | 11/07/08 | 3:26 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client |
| 8 | 11/06/08 | 1:39 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client |
| 9 | 11/05/08 | 3:53 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client |
| 10 | 11/08/07 | 9:43 PM | Ashenoff, Carlos | Raven | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 11 | 11/09/07 | 7:58 PM | Ashenoff, Carlos | Raven | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 12 | 05/06/08 | 10:38 PM | Ashenoff, Carlos | Raven | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 13 | 11/01/08 | 8:06 PM | Ashenoff, Carlos | Raven | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |

TNA Entertainment, Inc. vs. Charles "Carlos" Ashenoff, et al

## DEFENDANT'S PRIVILEGE LOG

| Priv Doc # | Date | Time | From | To | Description | Privilege |
|---|---|---|---|---|---|---|
| 14 | 11/02/08 | 7:48 PM | Ashenoff, Carlos | Raven | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 15 | 11/06/28 | 1:45 AM | Ashenoff, Carlos | Devine, Johnny | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 16 | 11/06/08 | 1:48 AM | Ashenoff, Carlos | Raven | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 17 | 11/11/08 | 11:36 PM | Ashenoff, Carlos | Devine, Johnny | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 18 | 12/03/08 | 9:22 AM | Ashenoff, Carlos | Sabu | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 19 | 12/03/08 | 9:25 AM | Ashenoff, Carlos | D'Amore, Scott | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 20 | 12/10/08 | 10:14 PM | Ashenoff, Carlos | Chris | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 21 | 09/23/08 | 9:59 PM | Ashenoff, Carlos | Ward, Jessie | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 22 | 09/16/08 | 8:43 PM | Ashenoff, Carlos | Ward, Jessie | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 23 | 11/06/08 | 1:50 AM | Ashenoff, Carlos | Behrens, Bill | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 24 | 11/07/08 | 3:30 AM | Ashenoff, Carlos | Behrens, Bill | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |
| 25 | 11/07/08 | 2:50 PM | Ashenoff, Carlos | Behrens, Bill | Communication re: potential testimony and relevant facts | Attorney Client / Work Product |

TNA Entertainment, Inc. vs. Charles "Carlos" Ashenoff, et al

## DEFENDANT'S PRIVILEGE LOG

| Priv Doc # | Date | Time | From | To | Description | Privilege |
|---|---|---|---|---|---|---|
| 26 | 01/2/209 | 1:37 AM | Ashenoff, Carlos | Diamond, Aja | Communication re: potential testimony and relevant facts | Attorney Client |
| 27 | 10/31/08 | 10:02 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client |
| 28 | 10/20/08 | 10:45 PM | Ashenoff, Carlos | Ichter, Cary | Communication re: litigation | Attorney Client |
| 29 | 10/22/08 | 1:23 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client |
| 30 | 10/21/08 | 3:51 PM | Ichter, Cary | Ashenoff, Carlos | Communication re: litigation | Attorney Client |
| 31 | 10/22/08 | 2:21 AM | Ashenoff, Carlos | Ichter, Cary | Communication re: litigation | Attorney Client |
| 32 | 10/22/08 | 4:34 PM | Ichter, Cary | Ashenoff, Carlos | Communication re: litigation | Attorney Client |
| 33 | 10/20/08 | 9:30 AM | Ichter, Cary | Ashenoff, Carlos | Communication re: litigation | Attorney Client |
| 34 | 09/11/08 | 9:38 AM | Ashenoff, Carlos | Midence, Adriana | Communication re:litigation | Attorney Client |
| 35 | 09/16/08 | 4:17 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client |
| 36 | 08/29/08 | 12:12 AM | Midence, Adriana | Ashenoff, Carlos | Communication re: litigation | Attorney Client |
| 37 | 01/10/09 | 2:02 AM | Ashenoff, Carlos | Diamond, Aja | Communication re: litigation | Attorney Client |
| 38 | 01/01/09 | 3:19 AM | Ashenoff, Carlos | Diamond, Aja | Communication re: litigation | Attorney Client |
| 39 | 11/10/08 | 5:01 PM | Johnny Devine | Ashenoff, Carlos | Communication re: potential testimony and relevant facts | Work Product |
| 40 | 11/06/08 | 1:45 AM | Ashenoff, Carlos | Johnny Devine | Communication re: potential testimony and relevant facts | Work Product |
| 41 | 12/09/08 | 11:52 PM | Ashenoff, Carlos | Diamond, Aja | Communication re: litigation | Attorney Client/ Work Product |
| 42 | 11/19/08 | 7:51 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |

TNA Entertainment, Inc. vs. Charles "Carlos" Ashenoff, et al

## DEFENDANT'S PRIVILEGE LOG

| Priv Doc # | Date | Time | From | To | Description | Privilege |
|---|---|---|---|---|---|---|
| 43 | 03/06/08 | 8:22 AM | Midence, Adriana | Ashenoff, Carlos | Communication re: litigation | Attorney Client/Work Product |
| 44 | 03/06/08 | 3:18 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 45 | 03/18/08 | 9:40 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 46 | 03/21/08 | 12:44 PM | Midence, Adriana | Ashenoff, Carlos | Communication re: litigation | Attorney Client / Work Product |
| 47 | 03/22/08 | 9:33 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 48 | 03/22/08 | 10:05 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 49 | 03/22/08 | 10:07 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/Work Product |
| 50 | 03/22/08 | 6:13 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 51 | 03/25/08 | 11:18 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 52 | 03/24/08 | 9:19 AM | Midence, Adriana | Ashenoff, Carlos | Communication re:litigation | Attorney Client/ Work Product |
| 53 | 03/28/08, 03/27/08, 03/18/08, | 12:57 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 54 | 03/31/08 | 10:19 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 55 | 04/02/08 | 10:46 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 56 | 04/16/08 and 04/14/08 | 3:31 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 57 | 03/12/08 - 03/28/08 | 5:42 AM | Ashenoff, Carlos | Ichter, Cary and Midence, Adriana | Communication re: litigation and legal advice | Attorney Client/Work Product |
| 58 | 02/28/08 | 3:28 AM | Ashenoff, Carlos | Ichter, Cary and Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 59 | 02/27/08 | 4:05 AM | Ashenoff, Carlos | Ichter, Cary | Communication re: litigation | Attorney Client |

TNA Entertainment, Inc. vs. Charles "Carlos" Ashenoff, et al

**DEFENDANT'S PRIVILEGE LOG**

| Priv Doc # | Date | Time | From | To | Description | Privilege |
|---|---|---|---|---|---|---|
| 60 | 04/29/08 | 9:12 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client |
| 61 | 05/29/08 | 4:08 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 62 | 07/02/08 | 3:12 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client |
| 63 | 10/20/08 | 9:30 AM | Ichter, Cary | Ashenoff, Carlos | Communication re: litigation | Attorney Client |
| 64 | 08/20/08 | 7:13 PM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation and legal advice | Attorney Client |
| 65 | 08/23/08 | 12:09 PM | Ichter, Cary | Ashenoff, Carlos | Communication re: litigation and legal advice | Attorney Client |
| 66 | 09/06/08 | 11:01 AM | Ashenoff, Carlos | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 67 | 03/20/08 | 2:08 AM | Ashenoff, Carlos | Ichter, Cary | Communication re: litigation | Attorney Client |
| 68 | 04/29/08 | 9:03 PM | Ashenoff, Carlos | Ichter, Cary and Midence, Adriana | Communication re: litigation | Attorney Client |
| 69 | 03/28/08 | 1:35 AM | Ashenoff, Carlos | Ichter, Cary | Communication re: litigation and legal advice | Attorney Client |
| 70 | 03/17/08 | 7:40 AM | Midence, Adriana | Ashenoff, Carlos | Communication re: litigation and legal advice | Attorney Client |
| 71 | 01/02/09 | 4:14 PM | Ichter, Cary | Brown, Monty | Communication re: potential testimony and relevant facts | Attorney Client/ Work Product |
| 72 | 11/22/08 | 12:14 PM | Ichter, Cary | Weaver, Mike | Communication re: potential testimony and relevant facts | Attorney Client/ Work Product |
| 73 | 04/24/08 | 6:24 PM | Powell, Jason | Midence, Adriana | Communication re: litigation | Attorney Client/ Work Product |
| 74 | 04/29/08 | 9:03 PM | Ashenoff, Carlos | Ichter, Cary and Midence, Adriana | Communication re: litigation | Attorney Client |
| 75 | 04/30/08 | 10:16 AM | Ichter, Cary | Ashenoff, Carlos | Communication re: litigation | Attorney Client |