# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **TNA Entertainment, LLC,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Charles "Carlos" Ashenoff,** | ) | |
| | ) | |
|     **Defendant,** | ) | **CIVIL ACTION NO.:  3:08-CV-522-B** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Jeffrey L. Jarrett, Dixie Carter, Paul W. Taylor III (p/k/a Terry Taylor), and Wayne Keown (p/k/a Dutch Mantel),** | ) ) ) ) | |
| | ) | |
|     **Third-Party Defendants.** | | |

## DEFENDANT ASHENOFF'S OPPOSED MOTION FOR PROTECTIVE ORDER

Pursuant to to Federal Rule of Civil Procedure 26(c) and Local Rule § 7.1, Defendant Charles Ashenoff ("Ashenoff") hereby files this Opposed Motion for Protective Order for an i*n camera* inspection of work product documents.  In support of this Motion, Ashenoff relies on the Brief in Support of Opposed Motion for Protective Order and any and all orders, pleadings and exhibits of record.

Respectfully submitted this 11th day of March, 2009.

                                                                                  */s/ Cary Ichter*
                                                                                Cary Ichter, Esq.
                                                                                Georgia Bar No. 382515

ADORNO & YOSS, LLC
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street
Atlanta, Georgia 30309
T: 404-347-8300                                          COUNSEL FOR DEFENDANT
F: 404-347-8395                                          CHARLES ASHENOFF

{218228.0001/A0260802_1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT ASHENOFF'S OPPOSED MOTION FOR PROTECTIVE ORDER** was electronically filed with the clerk of court using the ECM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record, including:

>Richard S. Krumholz, Esq.
>FULBRIGHT & JAWORSKI, LLP
>2200 Ross Avenue, Suite 2800
>Dallas, Texas 75201-2784
>
>Robert Blackwell, Esq.
>BROWN & HOFMEISTER, LLP
>740 E. Campbell Road, Suite 800
>Richardson, Texas 75081

This 10th day of March, 2009.

>___/s/ Cary Ichter_____
>Cary Ichter, Esq.
>Georgia Bar No. 382515

{218228.0001/A0260802_1}