# EXHIBIT E

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
DALLAS DIVISION

TNA ENTERTAINMENT, LLC,

    Plaintiffs,

    vs.

CHARLES "CARLOS" ASHENOFF,

    Defendant,

    vs.

JEFFREY L. JARRETT, DIXIE CARTER, PAUL W. TAYLOR III (p/k/a TERRY TAYLOR), and WAYNE KEOWN (p/k/a DUTCH MANTEL,

    Third-Party Defendants.

CIVIL ACTION FILE

NO. 808CV-522-B

~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF

CHARLES RUDY ASHENOFF

February 24, 2009

9:12 a.m.

Suite 1400
1349 West Peachtree Street, N.E.
Atlanta, Georgia

Juliana W. Pawenski, CCR-B-1256, RPR, CRR, CLR

315

```
 1        A.    Yes.
 2        Q.    And for that, all that, you take personal
 3   blame?
 4        A.    Yes.
 5        Q.    You list several witnesses in various
 6   documents that have been given to us.  Ron Killings,
 7   why is he listed?
 8        A.    Because he was a witness to some of the
 9   stuff that happened, and he was also a recipient of
10   some of the racial epitaphs and discrimination.
11        Q.    What did he observe, to your knowledge?
12        A.    He was with me at the door when they said
13   no minorities allowed or no brownies allowed.  And
14   Jeff told him the day I didn't show up for work, I'll
15   just go to the park and find another drunken Puerto
16   Rican.  And he also did cocaine with Jeff.  And he
17   brought cocaine for Jeff.  And, you know, and he
18   called Ronnie also derogatory names.
19        Q.    Anything else?
20        A.    No.
21        Q.    Any knowledge that he has that you believe
22   is somehow relevant to this case other than what you
23   have just described?
24        A.    Just issues between him and Jeff but
25   that's their, you know.
```

316

1       Q.    That's not your deal, and that's not what
2    you were offended by.  That's between he and Jeff?
3       A.    No.  I was offended by what Jeff would
4    tell him because that was one of my friends.  That
5    was a friend.
6       Q.    All right.  I'm going to ask you about
7    that more, but it's going to be the next time we meet
8    possibly, the next time this deposition continues.
9             Mr. Steiner, what does he have knowledge
10   about, if anything?
11      A.    Well, he was the one that told me that
12   they paid for his operation when he got kicked in the
13   throat, which, you know, angered me because I was
14   under basically the same contract he was and, you
15   know, I wasn't taken care of.
16      Q.    Anything else?
17      A.    No.
18      Q.    Mr. Waltman, what does he have knowledge
19   of, to your knowledge?
20      A.    Just about everything that Ron Killings
21   witnessed.
22      Q.    What things doesn't he have knowledge of
23   that Ron does?
24      A.    I think everything that Ron does he does.
25      Q.    And no more?

                                                                          317

1        A.    He may know more, you know, I don't know.
2        Q.    You had conversations with all these
3   folks, right?
4        A.    Yes.
5        Q.    Mr. Melendez, what does he?
6        A.    He was one of the guys that was at the
7   door with me when he said no minorities, no brownies,
8   also did, you know, drugs with Jeff.
9        Q.    Anyone else, I mean, anything else that he
10  knows of that you --
11       A.    He was kind of their inner circle.  So he
12  would probably know a lot more than Ronnie or even
13  Shawn.
14       Q.    Has he told you what he knows?
15       A.    No.
16       Q.    What does Mr. Hernandez know?
17       A.    Hernandez.
18       Q.    Shawn Hernandez.
19       A.    Shawn Hernandez, yeah.  Well, he knows
20  that I was given pain pills and --
21       Q.    By whom?
22       A.    By Dutch.
23       Q.    He saw it?
24       A.    Yes.  He probably isn't going to testify
25  so that now I'm pretty sure, but he was privy to

```
 1   that.
 2        Q.    Did anyone else observe that?
 3        A.    Ronnie; Shawn; Jack Miller; Hector, Hector
 4   Melendez; Ted Hart; those are the -- yes.
 5        Q.    That's it?
 6        A.    Yes.
 7        Q.    Mr. Erazo, what does he have knowledge of?
 8        A.    Erazo, he was also adamant about not
 9   getting whipped when we were getting whipped and that
10   Jeff reneged on the payment for my hip operation.
11        Q.    Anything else?
12        A.    I mean, everything -- I usually told him
13   everything.  So he heard a lot of stuff also from me,
14   you know.
15        Q.    But not -- he didn't personally observe
16   anything other than what -- other than the whipping
17   and what else?  What else?  You just testified to the
18   whipping, and what else?
19        A.    The whipping.
20        Q.    Oh, the hip --
21        A.    Yeah.
22        Q.    -- and the promise to pay?
23        A.    Yes.
24        Q.    Okay.  Anything else?
25        A.    No.
```

1        Q.    Scott D'Amore, what knowledge does he
2   have, if anything?
3        A.    He's a guy that Jeff Jarrett told that he
4   wasn't going to go the nigger route and the other
5   stuff I told you (indicating).
6        Q.    Tell me now, but don't tell me what you
7   told him.  Just tell me the answer to my question.
8        A.    Just basically that he had heard, you
9   know, racial slurs when they had the booking
10  committees when they would get together, creative
11  would get together, he heard racial slurs.
12       Q.    When did he tell you that?
13       A.    Right before I left and after I left.
14       Q.    You have talked to him since you left?
15       A.    Yes.
16       Q.    When is the last time you talked to
17  Mr. D'Amore?
18       A.    Maybe January.
19       Q.    Do you have any communications between you
20  and him, e-mails or anything else?
21       A.    No.  I use the phone.
22       Q.    Do you have any e-mails between you and
23  any of these folks concerning what they may or may
24  not testify to?
25       A.    I've given them all to Cary and his

```
                                                              320
 1    secretary, assistant.
 2         Q.    Does Raven have any knowledge regarding
 3    this case or the issues in this case?
 4         A.    Raven, no.
 5         Q.    Johnny Devine?
 6         A.    Yes.
 7         Q.    What does he know?
 8         A.    He said he heard racial epitaphs.
 9         Q.    When?
10         A.    He didn't tell me the date, but he said he
11    heard them say beaners and wetbacks and I don't know
12    what else.
13         Q.    When did he tell you that?
14         A.    About three months ago.
15         Q.    Anything else that he knows, to your
16    knowledge?
17         A.    No.
18         Q.    Saboo, does he know anything?
19         A.    No.
20         Q.    Jess Ward, does he know anything?
21         A.    I don't know.
22         Q.    Do you know who Jess Ward is?
23         A.    Yeah.
24         Q.    Bill Barron, do you know of anything that
25    he's knowledgeable about that's relevant to this
```

                                                                    321

1    case?
2         A.    No.
3         Q.    Monty Brown?
4         A.    Yes.
5         Q.    What does he know, if anything?
6         A.    Well, he left because he was
7    racially disrespected.
8         Q.    Did he quit?
9         A.    Yes.
10        Q.    He wasn't let go, right?
11        A.    I believe he quit.
12        Q.    Do you know who Michael Weaver or Jason
13   Powell is?
14        A.    Michael Weaver, I don't know who that is.
15        Q.    Do you know who Jason Powell is?
16        A.    Yes.
17        Q.    Is he a writer?
18        A.    Yes.
19        Q.    What knowledge does he have, if anything?
20        A.    Well, they call, wrestlers call and give
21   him information, you know, what's happening in the
22   locker rooms and stuff like that and then he writes
23   it in like a little newsletter.  So I am sure he
24   knows a lot.
25        Q.    Do you think he's a reliable source of