IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TNA ENTERTAINMENT, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § | |
| CHARLES "CARLOS" ASHENOFF, | | |
| Defendant, | § § § § | CIVIL ACTION NO. 3:08-CV-0522-B |
| v. | § § § § § § § § § | |
| JEFFREY L. JARRETT, DIXIE CARTER, PAUL W. TAYLOR III (p/k/a TERRY TAYLOR), and WAYNE KEOWN (p/k/a DUTCH MANTEL), | | |
| Third-Party Defendants. | | |

## STIPULATION OF FINAL DISMISSAL BY ALL PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

    1.    Plaintiff TNA Entertainment, LLC ("Plaintiff"), Defendant Charles "Carlos" Ashenoff ("Defendant"), and Third-Party Defendants Jeffrey J. Jarrett, Dixie Carter, Paul W. Taylor III, and Wayne Keown ("Third-Party Defendants"), pursuant to Fed. R. Civ. P. 41(a) and (c), hereby enter into a stipulation concerning all claims in this case. Plaintiff hereby stipulates to and hereby does dismiss its claims against Defendant with prejudice, and Defendant hereby stipulates to and hereby does dismiss his claims, counterclaims and cross-claims against Plaintiff and Third-Party Defendants with prejudice. All parties to this action stipulate that any and all claims by and between the parties are hereby dismissed with prejudice, with the parties to bear their own costs and expenses.

2. This case is not a class action; a receiver has not been appointed in this case; the case is not governed by any federal statute that requires a court order for dismissal of the case; no party has previously dismissed any federal or state suit based on or including the same claims as those presented in this case; this dismissal is with prejudice to refiling.

3. This stipulation and dismissal with prejudice disposes of all parties and all issues and is final.

    Respectfully submitted,

    */s/ Cary Ichter, Esq.*
    Cary Ichter
    Georgia Bar No. 382515
    Adriana Midence
    Georgia Bar No. 142298
    ADORNO & YOSS, LLC
    Two Midtown Plaza, Suite 1500
    1349 W. Peachtree Street, N.W.
    Atlanta, Georgia 30309
    T: 404-347-8300
    F: 404-347-8395

    Kevin Wiggins, Esq.
    Texas Bar No. 21441600
    Tracey Wallace, Esq.
    Texas Bar No. 00797617
    ADORNO YOSS WHITE & WIGGINS LLP
    Bank of America Plaza, Suite 6200
    901 Main Street
    Dallas, Texas 75202
    T: 214-665-4150
    F: 214-665-4160

    ATTORNEYS FOR DEFENDANT
    CHARLES ASHENOFF

/s/ Richard S. Krumholz, Esq.
Richard S. Krumholz
Texas Bar No. 00784425
William P. Finegan
Texas Bar No. 07008700
FULBRIGHT & JAWORSKI, LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
T: 214-855-8000
F: 214-855-8200

ATTORNEYS FOR PLAINTIFF TNA
ENTERTAINMENT, LLC AND THIRD PARTY
DEFENDANT DIXIE CARTER


/s/ Robert Blackwell, Esq.
Robert Blackwell
Texas Bar No. 24001744
Edwin P. Voss, Jr.
Texas Bar No. 20620300
BROWN & HOFMEISTER, L.L.P.
740 E. Campbell Road, Suite 800
Richardson, Texas 75081
T: 214-747-6100
F: 214-747-6111

ATTORNEYS FOR THIRD PARTY DEFENDANTS
PAUL W. TAYLOR, III, WAYNE KEOWN AND
JEFFREY L. JARRETT


## CERTIFICATE OF SERVICE

    I hereby certify that on May 8, 2009, a copy of the foregoing stipulation was electronically filed with the clerk of court using the ECM/ECF system which will automatically send e-mail notification of such filing to any attorneys of record.


/s/ Richard S. Krumholz
Richard S. Krumholz